JAK MARQUEZ (SBN 183892)
**DOWLING & MARQUEZ, LLP**
703 Market Street, Suite 1600
San Francisco, California 94103
Tel: (415) 977-0444
Fax: (415) 977-0156
E-mail: jak@dowlingmarquez.com

Attorneys for Plaintiff
PATRICIA BLAIR, as authorized agent for KEFI LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PATRICIA BLAIR, authorized agent for KEFI LTD,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK AYALA, MIRIAM AYALA, et al.<br><br>Defendants. | Case No.: 16-cv-01074-JSW<br><br>**[PROPOSED]** ORDER REMANDING ACTION TO STATE COURT |

Plaintiff Patricia Blair and Defendant Frank Ayala, having entered into a written stipulation remanding this case to the San Francisco Superior Court as part of a global settlement executed between the parties, and good cause appearing for issuance of this order;

IT IS HEREBY ORDERED:

1. The parties having stipulated therefor, this action is hereby immediately remanded to the San Francisco County Superior Court.  The Clerk shall close the file.

Dated: April 8 , 2016

_____
Honorable Jeffrey S. White
United States District Judge

1

**ORDER REMANDING ACTION TO STATE COURT**